JANET LEE HOFFMAN, OSB No. 78114
E-mail:  janet@jhoffman.com
JUSTIN RUSK, OSB No. 175946
E-mail:  justinr@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

Attorneys for Defendant Twenty-Two Shoes, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DAVID STAPLETON in his capacity as COURT-APPOINTED RECEIVER for the RECEIVERSHIP ENTITY, including ZADEH KICKS, LLC dba ZADEH KICKS, an Oregon limited liability corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TWENTY-TWO SHOES LLC, a New Jersey limited liability company,<br><br>    Defendant. | CASE NO.  6:24-CV-00066-AA<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. Rule 7.1(a) and LCR 7.1, Defendant, Twenty-Two Shoes LLC, submits its Corporate Disclosure Statement.  Defendant is a New Jersey limited liability company. The sole member of Twenty-Two Shoes LLC is Glenn McGinnis who is a citizen of the State of New Jersey.  Twenty-Two Shoes LLC is a limited liability company that has no parent corporation and no publicly held corporation owns 10 percent or more of its stock or membership interest.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 1

DATED: January 11, 2024

/S/ Justin T. Rusk
JUSTIN T. RUSK, OSB No. 175946
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: Justinr@jhoffman.com
Attorney for Twenty-Two Shoes, LLC

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 2

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2024, I caused to be served the following **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on:

Daniel Larsen
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
*Counsel for Plaintiff*

Oren Bitan
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730
*Counsel for Plaintiff*

By:
ECF

/S/ Justin T. Rusk
JUSTIN T. RUSK, OSB No. 175946
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: Justinr@jhoffman.com
Attorney for Twenty-Two Shoes, LLC

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 3